

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA  :  NOLLE PROSEQUI

       -v-  :  13 Cr. 242 (SAS)

DAVID WILSON,  :

    Defendant.  :

- - - - - - - - - - - - - - - - x

1. The filing of this *nolle prosequi* will dispose of this case with respect to the defendant DAVID WILSON.

2. On April 3, 2013, Indictment 12 Cr. 242 (SAS) was filed, charging defendant DAVID WILSON with conspiring to distribute, or possess with the intent to distribute, 1 kilogram and more of heroin and 280 grams and more of cocaine base, in violation of Title 21, United States Code, Section 846.

3. Based on a review of the evidence in the case and information pertaining to this defendant acquired subsequent to the filing of the Indictment, the Government has concluded that further prosecution of DAVID WILSON would not be in the interests of justice.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/13

4. In light of the foregoing, I recommend that an order of *nolle prosequi* be filed as to defendant DAVID WILSON with respect to Indictment 12 Cr. 242 (SAS).

---
Amy Lester
Assistant United States Attorney
(212) 637-2416

Dated: New York, New York
December 18, 2013

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of *nolle prosequi* be filed as to defendant DAVID WILSON with respect to Indictment 12 Cr. 242 (SAS).

---
PREET BHARARA by ZZR
United States Attorney
Southern District of New York

Dated: New York, New York
December 27, 2013

SO ORDERED:

---
HON. SHIRA A. SCHEINDLIN
United States District Judge
Southern District of New York

Dated: New York, New York
December 27, 2013